**RESNICK & LOUIS, P.C.**
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3794
Facsimile: (702) 997-9590
mbeckstead@rlattorneys.com
*Attorneys for Defendants,*
*Esayas Misgina and KKW Trucking, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS REALEGENO,<br><br>Plaintiff,<br><br>vs.<br><br>ESAYAS MISGINA, an individual; KKW TRUCKING, INC.; DOE OWNERS I-V; DOE DRIVERS I-V; ROE EMPLOYERS I-V; and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO.: 2:25-cv-02087-GMN-MDC<br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>**(SECOND REQUEST)** |

Defendants, ESAYAS MISGINA and KKW TRUCKING, INC., ("Defendants") by and through their counsel of record, MATTHEW B. BECKSTEAD, of the law firm of RESNICK & LOUIS, P.C., and CARLOS REALEGENO, by and through his counsel of record, DANIEL R. PRICE, CHRISTOPHER BECKSTROM, and JANICE J. PARKER, of the law firm PRICE & BECKSTROM, (collectively, "Parties"), hereby stipulate to extending the deadlines in this action as set forth in the Court's Scheduling Order [ECF No. 21]. The Parties hereby aver, under LR IA 6-1(a), that this is the second overall request for extended deadlines.

///

///

///

## I. DISCOVERY COMPLETED TO DATE

Plaintiff Carlos Realegeno served his initial FRCP 26(a)(1) disclosures on December 23, 2025.

Defendants served their initial FRCP 26(a)(1) disclosures on December 30, 2025.

Plaintiff disclosed expert witnesses on June 15, 2026, and supplemental expert reports on August 6, 2026.

Plaintiff attempted to depose defendant Esayas Misgina on April 30, 2026, with a second non-appearance happening on August 11, 2026.

On August 12, 2026, Plaintiff served his Requests for Production to Defendant KKW Trucking, Inc. (First Set), and his Interrogatories to Defendant KKW Trucking, Inc. (First Set).

## II. DISCOVERY TO BE COMPLETED

Defendants anticipate the parties may take the following discovery:

- Party depositions
- Expert depositions
- Written discovery
- Rule 35 examination of Realegeno
- Subpoenas for police and medical records

## III. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

Realegeno filed a motion to remand this case to state court on November 26, 2025 [ECF No. 9], Defendants filed their response on December 10, 2025 [ECF No. 10], and Realegeno filed his reply brief on December 11, 2025 [ECF No. 11].

Defendants filed their Amended Petition for Removal on December 30, 2025 [ECF No. 15].

On April 1, 2026, this Court ordered Defendants to file a surreply on the issue of the amount in controversy [ECF NO. 16] by April 16, 2026. Defendants filed their

surreply brief on April 16, 2026 [ECF No. 17], which was the last docket entry in this action.

The Parties aver that good cause exists under Rule 16(b)(4) to modify the schedule in this action because it was unclear whether this action was going to remain in this venue. Also, stated previously, Mr. Beckstead's schedule in 2026 has been especially intense following the departure of a handful of attorneys from the firm, leading to several cases being transferred midstream, including this one. Furthermore, Mr. Beckstead has been unable to get in touch with his client, Mr. Misgina, despite reaching out through multiple avenues over a period of months. The parties' attorneys have attempted twice to proceed with this deposition, but a certified non-appearance was taken on August 11, 2026. Plaintiff attempted to depose defendant Esayas Misgina on April 30, 2026, with a second non-appearance happening on August 11, 2026. Mr. Beckstead has authorized a private investigator to locate Mr. Misgina for the purpose of locating and establishing communication with him.

The Parties had previously asked the court to extend deadlines by 120 days while the parties awaited a decision on whether this action will be remanded to state court.

The Parties are also actively discussing private mediation and have engaged in substantive settlement negotiations. In furtherance of the negotiation process, are currently working out mediator identity and availability. Accordingly, the parties seek a 120-day extension of existing deadlines as follows:

## IV. <u>CURRENT SCHEDULE</u>

| | |
|---|---|
| • Deadline to Amend Pleadings/Add Parties: | No change sought |
| • Initial Expert Disclosures and Interim Status Report: | Sept. 14, 2026 |
| • Rebuttal Expert Disclosures: | Oct. 13, 2026 |
| • Discovery Cutoff Date: | Nov. 12, 2026 |
| • Dispositive Motions: | Dec. 14, 2026 |

| | |
|---|---|
| • Joint Pretrial Order: | January 13, 2027 |

## V. PROPOSED SCHEDULE

| | |
|---|---|
| • Deadline to Amend Pleadings/Add Parties: | No change sought |
| • Initial Expert Disclosures and Interim Status Report: | Jan. 12, 2027 |
| • Rebuttal Expert Disclosures: | Feb. 11, 2027 |
| • Discovery Cutoff Date: | Mar. 12, 2027 |
| • Dispositive Motions: | Apr. 12, 2027 |
| • Joint Pretrial Order: | May 12, 2027 |

///

///

///

///

## VI. CONCLUSION

Based upon the foregoing, the Parties hereby seek a 120-day extension of this case's existing deadlines as set forth in Part V.

## AI CERTIFICATION

I hereby certify that AI was not used to generate any portion of this paper.

Dated this 14th Day of September 2026.

*/s/ Matthew B. Beckstead*
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168

Dated this 14th day of September 2026

**RESNICK & LOUIS, P.C.**

*/s/ Matthew B. Beckstead*
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorney for Defendants, Esayas Misgina and KKW Trucking, Inc.*

Dated this 14th day of September 2026

**PRICE & BECKSTROM**

*/s/ Daniel R. Price*
DANIEL R. PRICE
CHRISTOPHER BECKSTROM
JANICE J. PARKER
1404 South Jones Boulevard
Las Vegas, Nevada 89146
(702) 941-0503
(702) 832-4026 (facsimile)
info@pbnv.law
*Attorneys for Plaintiff, Carlos Realegeno*

## ORDER

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2026